Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5218

Sarah E. Gallo (SBN 334455)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-7490

*Attorneys for Defendant*
*Grow Care, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GROW CARE, INC.,<br><br>Defendant. | Case No. 5:24-cv-09122-NW<br>Assigned to: Hon. Noël Wise<br><br>**STATEMENT OF RECENT DECISION**<br><br>Amended Complaint Filed: March 5, 2025 |

Pursuant to Local Civil Rule 7-3(d)(2), Defendant Grow Care, Inc. ("Defendant") respectfully submits this Statement of Recent Decision to bring to the Court's attention relevant authority issued after Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 37) was fully briefed.

On July 2, 2025, United States District Court Judge Wesley L. Hsu issued a decision in *Rounds v. Case-Mate, Inc.*, No. 2:24-cv-08531-WLH, granting the defendant's motion to dismiss for lack of personal jurisdiction. A copy of the order is attached for the Court's reference as Exhibit A.

Date: July 11, 2025

Respectfully Submitted,

**SIDLEY AUSTIN LLP**

By: */s/ Amy P. Lally*
Amy P. Lally
Ian M. Ross (admitted *pro hac vice*)
Sarah E. Gallo

*Attorneys for Defendant Grow Care, Inc.*