**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: idiaz@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,

Plaintiffs,

v.

GROW CARE, INC.,

Defendant.

Case No. 5:24-cv-09122-NW

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE PARTIES' SUPPLEMENTAL MOTION TO DISMISS BRIEFING SCHEDULE**

Hon. Hon. Noël Wise

Hearing Date: January 14, 2026
Time: 9:00 a.m.
Place: Courtroom 3, 5th Floor

Amended Complaint Filed: March 5, 2025

Plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") and Defendant Grow Care, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the First Amended Class Action Complaint ("First Amended Complaint") on March 5, 2025. *See* Dkt. No. 29.

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's FAC on April 9, 2025, and the Court set the hearing for the Motion to Dismiss for July 30, 2025. *See* Dkt. No. 37.

WHEREAS, the Parties fully briefed the Motion to Dismiss Plaintiff's FAC. *See* Dkt. Nos. 41, 45.

WHEREAS, prior to the hearing on the Motion to Dismiss, the Court: (1) entered an Order permitting limited jurisdictional discovery; (2) set the close of jurisdictional discovery on September 22, 2025; (3) set the deadline for Plaintiffs to file a supplemental brief on whether the Court has personal jurisdiction over Defendant as October 3, 2025; (4) set Defendant's deadline to respond with a supplemental brief as October 17, 2025; and (5) reset the motion hearing to October 29, 2025. *See* Dkt. No. 52.

WHEREAS, the Parties filed a stipulation requesting extension of the briefing schedule to allow: (1) the Parties time to finish negotiating ESI search terms; (2) for Defendant to conduct ESI searches, review documents, and produce ESI documents; and (3) sufficient time for Plaintiffs to review the ESI documents produced and take a limited 30(b)(6) deposition (the "Stipulation"). *See* Dkt. No. 54.

WHEREAS, on October 1, 2025, the Court granted the Stipulation and set the following schedule: (1) close of jurisdictional discovery on November 3, 2025; (2) Plaintiffs to submit their supplemental brief by November 3, 2025; (3) Defendant to submit its supplemental brief by November 17, 2025; and (4) hearing on the Motion to Dismiss on December 3, 2025. *See* Dkt. No. 55.

WHEREAS, given the volume of documents produced recently produced by Defendant, Plaintiffs required additional time to finish reviewing and analyzing those documents and to

subsequently take a 30(b)(6) deposition, and thus, the Parties filed an additional stipulation requesting an extension of the briefing schedule. Dkt. No. 56.

WHEREAS, on October 24, 2025, the Court granted the Stipulation and set the following schedule: (1) close of jurisdictional discovery on November 24, 2025; (2) Plaintiffs to submit their supplemental brief by November 24, 2025; (3) Defendant to submit its supplemental brief by December 15, 2025; and (4) hearing on the Motion to Dismiss on January 14, 2025. *See* Dkt. No. 57.

WHEREAS, the Parties have continued to diligently engaged in the jurisdictional discovery process. However, because the soonest the Parties were able to schedule and take the 30(b)(6) deposition was on November 19, 2025, and because the Parties are in the process of discussing a potential resolution for the case, the Parties now request an additional extension on the supplemental briefing schedule. Extending the Parties' briefing schedule will allow the Plaintiffs to fully assess the discovery obtained and the 30(b)(6) deposition taken before submitting their supplemental brief, and will facilitate the Parties' discussions for potential early resolution of the case.

IT IS THEREFORE STIPULATED, that, subject to the Court's approval:

1. Plaintiffs' deadline to submit their supplemental brief in connection with Defendant's motion to dismiss will be December 29, 2025.
2. Defendant's deadline to submit its supplemental brief in connection with Defendant's motion to dismiss will be January 15, 2026.
3. The Court shall reset the hearing on Defendant's motion to dismiss to January 21, 2026, or another date after the Parties file their supplemental briefs.

Dated: November 21, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *_/s/ Philip L. Fraietta_*

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475

White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: idiaz@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiffs and the Putative Class*

Dated: November 21, 2025

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ *Ian M. Ross*
Ian M. Ross

Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100

**SIDLEY AUSTIN LLP**
Amy P. Lally (SBN 198555)
alally@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

**SIDLEY AUSTIN LLP**
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to L.R 5-1(i)(3) regarding signatures, I, Philip L. Fraietta, attest that concurrence in the filing of this document has been obtained from all signatories.

By: *<u>/s/ Philip L. Fraietta</u>*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, consistent with the above stipulation, that:

1. Plaintiffs' deadline to submit their supplemental brief in connection with Defendant's motion to dismiss will be December 29, 2025.
2. Defendant's deadline to submit its supplemental brief in connection with Defendant's motion to dismiss will be January 15, 2026.
3. The Court shall rest the hearing on Defendant's motion to dismiss to ~~January 21~~ March 4, 2026, or to another date after the Parties file their supplemental briefs.

Dated: _____________, 2025

_______________________
Hon. Noël Wise
United States District Judge

