```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JANE DOE 1 and JANE DOE 2, individually                     :
and on behalf of all other persons similarly                :
situated,                                                   :
                                                            :
                                                            :        26-CV-1929 (VSB)
                                    Plaintiffs,             :
                                                            :             ORDER
                  -against-                                 :
                                                            :
                                                            :
GROW CARE, INC.,                                            :
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  This case has been transferred to this District and assigned to me. All prior deadlines and schedules remain in effect. It is hereby:

  ORDERED that on or before March 26, 2026, the parties shall file on ECF a joint letter of no more than five (5) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;
2. A statement of all existing deadlines, due dates and/or cut-off dates;
3. A brief description of any motions which have been made and/or decided and a confirmation that there are no pending appeals;
4. A statement describing the status of discovery in this case;
5. A statement describing the status of any settlement discussions;
6. Estimated length of trial and whether a jury demand has been made; and
7. Any other information that you believe may assist the Court.

SO ORDERED.

Dated: March 11, 2026
      New York, New York

                                                         _____
                                                         Vernon S. Broderick
                                                         United States District Judge