UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2026
```

JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-v-

GROW CARE, INC.,

Defendant.

**ORDER**

26-CV-1929 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter motion to seal certain documents, ECF No. 83 (the "Letter Motion"). A conference is scheduled to address the Letter Motion on **April 16, 2026** at **3:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 644 887 767#).

**SO ORDERED.**

Dated: April 7, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge