UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated, | |
| Plaintiffs, | |
| -v- | |
| GROW CARE, INC., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/16/2026_

**ORDER**

26-CV-1929 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on April 16, 2026 to address the parties' joint letter motion to seal certain documents, ECF No. 83 (the "Sealing Motion"). For the reasons articulated in the conference transcript, the Sealing Motion is **GRANTED**. Plaintiffs are directed to publicly file redacted versions of the sealed documents.

The Clerk of Court is respectfully directed to terminate the Sealing Motion at ECF No. 83 as **GRANTED**.

**SO ORDERED.**

Dated: April 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1