UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>GROW CARE, INC.,<br><br>Defendant. | : | 26-CV-1929 (VSB)<br><br>**OPINION & ORDER** |

Appearances:

Ines Diaz Villafana
Walnut Creek, CA

Alec M. Leslie
Bursor & Fisher P.A.
New York, NY

Philip Lawrence Fraietta
Bursor & Fisher, P.A.
White Plains, NY

Scott Robert Drury
Drury Legal, LLC
Highwood, IL
*Counsel for Plaintiff*

Amy P. Lally
Sidley Austin LLP
Los Angeles, CA

Ian M. Ross
Sidley Austin LLP
Miami, FL

Ana Pajar Blinfrt
Christina Prusak Chianese
Sidley Austin LLP
New York, NY

Sarah Elizabeth Gallo
Sidley Austin LLP
San Francisco, CA
*Counsel for Defendant*

VERNON S. BRODERICK, United States District Judge:

On December 17, 2024, Plaintiffs Jane Doe 1 and Jane Doe 2 (collectively, "Plaintiffs") filed putative class action against Defendant Grow Care, Inc., ("Defendant"), in the Northern District of California asserting claims under the Federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*, the California Invasion of Privacy Act, Cal. Pen. Code § 631, the California Confidentiality of Medical Information Act, Cal. Civ. Code § 56.10, the California Constitution, and for the common law claim of intrusion upon seclusion. (Doc. 1 ("Complaint").) On April 9, 2025, Defendant filed a motion to dismiss, (Doc. 37 ("Motion to Dismiss")), and a request for consideration of documents incorporated by reference into the Complaint, or in alternative, to take judicial notice of them, (Doc. 38 ("Motion for Judicial Notice")). On May 14, 2025, Plaintiffs filed their oppositions to the Motion to Dismiss, (Doc. 41), and the Motion for Judicial Notice, (Doc. 42). On June 11, 2025, Defendant filed its replies in further support of the Motion to Dismiss, (Doc. 45), and Motion for Judicial Notice, (Doc. 46).

On February 24, 2026, the parties stipulated to transferring this action from the Northern District of California to the Southern District of New York. (Doc. 69). District Judge Noël Wise of the Northern District of California granted the transfer the next day. (Doc. 70.) On March 9, 2026, this action was transferred to the Southern District of New York and assigned to me. On March 26, 2026, the parties submitted a joint letter informing me that both the Motion to Dismiss

and Motion for Judicial Notice were fully briefed and ripe for adjudication. (Doc. 78.) The next day, I referred Defendant's Motion to Dismiss and Motion for Judicial Notice to Magistrate Judge Henry J. Ricardo. (Doc. 79.) On October 11, 2026, Magistrate Judge Ricardo issued a thorough 27-page Report and Recommendation denying in part and granting in part Defendant's Motion for Judicial Notice. (Doc. 91 ("Report and Recommendation") at 6–8, 26.) Magistrate Judge Ricardo then recommended that Defendant's Motion to Dismiss be denied because "Plaintiffs have adequately pleaded each cause of action." (*Id.* at 8.) Neither party filed objections to the Report and Recommendation.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Although the Report and Recommendation explicitly provided that "[t]he parties shall have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure" and "[t]he failure to file these timely objections will result in a waiver of those objections for purposes of appeal," (Doc. 91 at 26), neither party filed an objection or requested additional time to do so. I have reviewed Magistrate Judge Ricardo's detailed and well-reasoned Report and Recommendation for clear error and, after careful review, find none. I therefore ADOPT the Report and Recommendation in its entirety.

Defendant's Motion to Dismiss is DENIED.

SO ORDERED.

Dated: November 19, 2026
New York, New York

Vernon S. Broderick
United States District Judge